# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

156849

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RAFAELI, LLC and ANDRE OHANESSIAN,
     Plaintiffs-Appellants,

v

OAKLAND COUNTY and ANDREW MEISNER,
     Defendants-Appellees.

SC: 156849
COA: 330696
Oakland CC: 2015-147429-CZ

_____/

On order of the Court, the application for leave to appeal the October 24, 2017 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the defendants violated either the Takings Clause of the United States Constitution, US Const, Am V, or the Takings Clause of the Michigan Constitution, Const 1963, art 10, § 2, or both, by retaining proceeds from the sale of tax foreclosed property that exceeded the amount of the tax delinquency in accordance with MCL 211.78m(8)(h). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



p1114

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



Clerk